ALL AMERICAN BUS LINES, INC., Respondent, *v.* CITY OF NEW YORK et al., Appellants.

Argued June 4, 1946; decided July 23, 1946.

*John J. Bennett, Corporation Counsel* (*Isaac C. Donner, Seymour B. Quel* and *Harry Katz* of counsel), for appellants.

*Joseph Henry Cohen, Maurice Ravage* and *Marshall K. Lynch* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. Taking no part: THACHER and DYE, JJ.